AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| CHAD EDWARD KEITH | ) Case No. 23-mj-00086-MDB |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 28, 2023, through April 18, 2023 in the county of Freemont in the State and District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a prohibited person |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

*s/Holly Andersen*
*Complainant's signature*

Holly Andersen, Special Agent FBI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 5/3/2023

*Judge's signature*

City and state: Denver, CO        US Magistrate Judge Maritza Dominguez Braswell
*Printed name and title*