| | |
|---|---|
| <u>DEFENDANT</u>: | CHAD EDWARD KEITH |
| <u>AGE/YOB</u>: | 41/1981 |
| <u>OFFENSE(S)</u>: | Count 1: 18 U.S.C. § 922(g)(1) – Possession of a firearm by a prohibited person |
| <u>LOCATION OF OFFENSE</u>: | Freemont County, Colorado |
| <u>PENALTY</u>: | Count 1: NMT 15 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 Special Assessment. |
| <u>AGENT</u>: | Holly Andersen SA, FBI |
| <u>AUTHORIZED BY</u>: | Julia Martinez<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__X__ five days or less; ___ over five days

<u>THE GOVERNMENT</u>:

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.