## AFFIDAVIT IN SUPPORT OF AN APPPLICATION FOR A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Holly Andersen, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I seek a criminal complaint charging CHAD EDWARD KEITH (KEITH) with one count of possession of a firearm by a prohibited person, in violation of Title 18, United States Code, Section 922(g)(1).

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since August 2012. I am currently assigned to the Denver Division of the FBI, specifically the Joint Terrorism Task Force. As part of my duties, I have had the opportunity to investigate criminal violations relating to wire fraud, mail fraud, bank fraud, mortgage fraud, tax fraud and weapons and threat violations. I have received training and instruction in the field of investigation of domestic terrorism, international terrorism and white collar crime. As part of my training and experience, I have participated in investigations involving electronic evidence, emails, text messages, and the internet. As an FBI Agent I have received firearms training and I am familiar with federal criminal laws pertaining to firearms.

3.      The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents, U.S. Government personnel, and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  Where I have reported statements made by others, or from documents that I have reviewed, those statements are summarized, unless otherwise noted.

4.      Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 922(g)(1), have been committed by KEITH.

## PROBABLE CAUSE

5.      The United States, including the FBI, is conducting a criminal investigation of Chad Edward KEITH (KEITH) regarding possible violations of 18 U.S.C. § 922(g) (possession of a firearm by a prohibited person). Since approximately October 2020, FBI Denver has received numerous tips related to KEITH's possession of and attempts to obtain firearms. KEITH is a prohibited person due to a prior felony conviction.  KEITH pled guilty in 2003 in federal court to one count of possessing an unregistered firearm, namely a destructive device, in violation of 26 U.S.C. § 5861, a felony which is punishable by a term of imprisonment of more than one year.  KEITH was sentenced to 48 months of imprisonment for that conviction.

### FBI Confidential Human Source

6.      On October 6, 2022, FBI agents approached an individual regarding KEITH. After confirming that the individual knew KEITH and knew him to possess firearms, FBI agents recruited him to become an FBI Confidential Human Source ("CHS").

7.      CHS met KEITH in April or May 2022 at Home Depot. CHS was doing some handyman work, trying to decide what to buy, when KEITH offered to help. They met for coffee and became friends. KEITH started moving out of his previous house at the end of July or early August 2022. CHS told KEITH and his girlfriend, R.D., that they could stay at his place while CHS was traveling in Arizona. When CHS returned in September 2022, KEITH and R.D. moved into CHS's garage. When CHS agreed to work with FBI in October 2022, KEITH and R.D. were

2

still living in CHS's garage. Shortly after CHS's recruitment, KEITH and R.D. moved into the first floor of CHS's duplex.

8.    Since that time, CHS has provided reliable and consistent information regarding KEITH and has been compensated by FBI for his time and expenses. Beginning October 19, 2022, CHS was equipped with a recording device and has been providing audio and sometimes video recordings of contacts with KEITH since that time. During many of those contacts, CHS observed KEITH to be in physical or constructive possession of one or more firearms.

9.    In or about October of 2022, KEITH and R.D. moved out of CHS's property. CHS later learned that they were living in a rental house in Colorado Springs, Colorado. Since that time, CHS has visited KEITH several times at his Colorado Springs residence. During most of those visits, CHS observed firearms and ammunition in the residence.

**KEITH's Mountain Property**

10.    I know from my investigation that KEITH currently owns two 2.6-acre pieces of adjacent property in Cotopaxi, Colorado, which I refer to collectively in this affidavit as his "mountain property." KEITH purchased the first of these properties in 2019. In January 2021, that property was briefly listed for sale. The listing described the property as follows:

> In addition to the main home, there is a studio cabin with wood stove, studio bungalow w bathroom & deck w thermostat controlled heater, bonus structure with Farady cage (protects against EMF blasts) bunker, solar & wind power, 10k gallon water cistern, multiple underground bunkers, bunker w 6k psi reinforced cement w rebar and 5 house door, heat tape under floor in main home, 2 wood stoves, (2) 250g propane tanks, 15kw generator, covered tent area 42x28x18, Dog kennel/tool shed, 2 steel cold cellars each 9'x12', fuel tank, Radio tower, and views that cannot be beat. Westcliffe is a Dark sky Community which means you have no light pollution to obstruct the Colorado night sky. The Bluff, or Lover's Lane, has solid log furniture and a firepit dug right into the granite rock. Room to park plenty of cars, build additional structures or a larger home, no covenants, minimal neighbors and a 462' deep well with amazingly tasty water. This

home is 100% OFF GRID which is why it is cash only. Does not have to be standard 30 day close, faster is ok. You have to see the views to appreciate them and the freedom that comes with this mountain property. Buyer to verify all square footage.

The property was not sold. In June 2022, KEITH purchased the second adjacent property.

11.     CHS first visited KEITH's mountain property in June or July 2022, prior to becoming an FBI CHS. Since that time, CHS has visited KEITH's mountain property three additional times and has consensually monitored the trips. During each of these visits, CHS has observed KEITH to possess firearms and ammunition.  CHS and KEITH have also gone shooting together during three of these trips.

12.     KEITH has frequently discussed future plans for his mountain property with CHS. KEITH talks about wanting to leave a legacy and create a "white private community."  KEITH has discussed buying more neighboring properties in order to own a piece of land large enough to build and operate a school, which he would name Ravensridge or Ravensrock.  KEITH has stated he needs more land because he does not currently have enough space to do "hard core weapons training."  The purpose of the school would be to teach various skills, including weapons training, and to instill ideology consistent with white supremacy.  KEITH's target age group is younger than high school.  KEITH has discussed specific plans for the school, including an anti-Semitic curriculum.  KEITH hopes to recruit military personnel to help instruct at the school.

13.     KEITH has described himself as both a "National Socialist" and a Nazi. I know from my training and experience that the term "national socialism" describes a white supremacy ideology consistent with Nazism. KEITH frequently makes comments disparaging Jews and notes how he is unhappy that Jews control all financial and scientific aspects and run the world.

4

KEITH told the CHS he has some "serious fucking concerns" that he would die for, that he would die for "absolutely."

14.     KEITH and R.D. are currently in the process of moving from their rental residence in Colorado Springs to live fulltime at KEITH's mountain property.

**Fusil Automatique Leger (FAL) semi-automatic rifle**

15.     On February 28, 2023, KEITH asked CHS to come to a warehouse in Colorado Springs, Colorado. When he arrived, there were two individuals present who told CHS that KEITH had left but would be back and wanted help with some AR15s. As CHS was helping reassemble one AR15, KEITH arrived with a two-tone, brown/light brown rifle case. KEITH told CHS that KEITH made a trade with one of the individuals at the warehouse. KEITH had traded the AR15 that CHS was helping reassemble for a Fusil Automatique Leger (FAL). The FAL is a semi-automatic rifle chambered in .308 caliber.

16.     On March 3, 2023, CHS visited KEITH's mountain property, staying until March 4, 2023, and conducted consensual recordings. In addition to KEITH and CHS, there were five other persons present at the property. That afternoon the group loaded vehicles to go shooting at a location on Bureau of Land Management (BLM) land approximately 30 minutes away. CHS saw KEITH put three firearms including the FAL rifle into the trunk of KEITH's van. They shot at the BLM location. KEITH shot facing a different direction than the CHS. When they finished, CHS asked KEITH if KEITH had the opportunity to shoot his new toy (referencing KEITH's newly-acquired FAL rifle). KEITH replied that he had.

17.     On March 19, 2023, CHS went to dinner at KEITH's residence in Colorado Springs. During that visit, KEITH pulled out a Mossberg pump action shotgun, model 500, with

pistol grip, from the dead space behind the couch in the living room. KEITH referred to the shotgun as a breaching shotgun. KEITH also went into the front bedroom, which has a window facing the street, and pulled out another Mossberg shotgun. CHS was able to view the bedroom and saw a large table next to a mattress. On the table was a closed ammunition container that would hold smaller caliber ammunition. On the table were empty magazines for a Galil rifle and FAL rifle as well as miscellaneous knives. Also on the table was a gun case with a stock sticking out of the case, which looked like the FAL rife.

18.     On April 7, 2023, CHS had a call with KEITH, which was consensually monitored. While discussing an upcoming trip to his mountain property, KEITH asked CHS if he wanted to shoot the FAL rifle. On April 9, 2023, CHS met KEITH at his Colorado Springs residence before driving up to KEITH's mountain property to join KEITH and R.D. CHS conducted consensual monitoring at both locations. At the Colorado Springs residence, CHS saw the FAL rifle in the closest corner of the front bedroom, with the magazine inserted.

19.     KEITH, CHS, and R.D. began loading KEITH's van with provisions for the mountain property. KEITH then removed the FAL rifle from the front bedroom and leaned it against the fence along with empty magazines. CHS surreptitiously took the following photographs, which show the FAL rifle's serial number and manufacturer information.





7



20.     KEITH then directed CHS to load the FAL rifle into KEITH's van and cover it with a sheet. CHS loaded the FAL rifle into the center cabin of the van and covered it with a sheet.

21.     CHS arrived at KEITH's mountain property later that evening and spent the night. The next morning, CHS saw the FAL rifle in the kitchen of the main building and what looked like a pistol grip of a shotgun between the mattress and the wall at the head of the bed where KEITH was laying down. That day CHS went shooting twice with KEITH: once on the mountain property and once at the BLM land location where they had previously gone shooting. At the BLM location, both KEITH and CHS shot the FAL rifle, as well as a 300 Blackout rifle that KEITH previously gave to CHS. They each fired a 20-round magazine into a stone wall approximately 100 feet away. They put the FAL rifle back into KEITH's van and departed.

22.     CHS obtained video recordings of KEITH holding, loading, and shooting the FAL rifle on April 10, 2023. The following photographs are still images taken from those recordings. The individual in the following photographs is KEITH.











23.     On April 18, 2023, CHS went to dinner at KEITH's Colorado Springs residence.

Inside the backdoor was a large black plastic tote with yellow lid, approximately 4 foot long by

18 inches deep, that was closed. After dinner, KEITH opened the tote and removed numerous

firearms, including the FAL rifle, two AKs, a Mossberg shotgun, and a 30/30 caliber lever action

rifle. CHS took the following photograph of the firearms KEITH removed from the black tote.



KEITH stated that he was planning to bring a load of his stuff to his mountain property that

night, including the firearms, though CHS questioned whether the tote would fit in KEITH's

already full vehicle.

24.     On or about April 27, 2023, a special agent with the Bureau of Alcohol, Tobacco,

Firearms and Explosives (ATF) who has relevant training and experience examined photographs

of the FAL rifle.  The ATF agent observed the FAL rifle to be a Century Arms Inc., model C308

Sporter, .308 caliber semi-automatic rifle (commonly referred to as a FAL rifle) bearing the

serial number C308E32151.  Based on the ATF agent's examination, as well as his experience, training, knowledge, and research, he concluded that the FAL rifle meets the statutory definition of a firearm under 18 U.S.C. § 921(a)(3) and was manufactured in South Carolina and thus was not manufactured in the State of Colorado and/or traveled in interstate and/or foreign commerce.

## **CONCLUSION**

25.     In summary, based upon the above facts and information, I submit that there is probable cause to believe that CHAD EDWARD KEITH (KEITH) has violated Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

*s/Holly Andersen*
Holly Andersen
Special Agent
Federal Bureau of Investigation

Submitted, attested to, and acknowledged by reliable electronic means this ___3rd___ day of
___May___, 2023, Denver, Colorado.

THE HON. MARITZA DOMINGUEZ BRASWELL
UNITED STATES MAGISTRATE JUDGE

Affidavit reviewed and submitted by Assistant United States Attorney Julia Martinez.

13