IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **23-cr-273-RMR**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHAD EDWARD KEITH,

    Defendant.

---

### INDICTMENT

---

The Grand Jury charges:

### COUNT 1

From at least on or about February 28, 2023, through on or about May 4, 2023, in the State and District of Colorado, the defendant, CHAD EDWARD KEITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United

States Code, Section 2461(c).

2. Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to 1) the following firearms:

    i. a 300 Magnum Bolt action rifle bearing no serial number;
    ii. a Mossberg 500 12 gauge bearing serial number U355642;
    iii. Savage model 93 R17 Caliber 17HMR bearing serial number 0834472;
    iv. Glock 21 caliber .45 auto bearing serial BGGU957;
    v. Scoped bolt action rifle bearing a hand-engraved serial number MNOG209012019;
    vi. Winchester model 62A, 22 caliber bearing serial 378453;
    vii. Century Arms C308 Sporter bearing serial number C308E32151;
    viii. Ruger 10/22 22 long rifle bearing serial number 0012-33607;
    ix. Mossberg 590 12-gauge shotgun bearing serial number K383899;
    x. Century Arms WASR-10 7.62 by 39mm caliber bearing serial number AG-2830-81;
    xi. Ruger Super Redhawk .44 magnum bearing serial number 550-84773;

and 2) the recovered ammunition.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property.

                          A TRUE BILL:

                      <u>Ink signature on file in Clerk's Office</u>
                      FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/Julia Martinez*
Julia Martinez
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:   Julia.Martinez@usdoj.gov
Attorney for Government