**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 23-cr-00273-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHAD EDWARD KEITH,

    Defendant.

___

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**
___

    The United States, through the undersigned Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b). Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

    DATED this 23rd day of January 2024.

1

2

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:    s/Julia Martinez
Julia Martinez
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0401
E-mail: Julia.Martinez@usdoj.gov
Attorney for the Government

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/Portia Peter*
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: Portia.Peter@usdoj.gov