IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 23-cr-00273-RMR-1 | Date: January 30, 2024 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |
| Probation Officer: Kelly Muller | |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Julia Martinez |
| Plaintiff, | |
| v. | |
| 1. CHAD EDWARD KEITH, | Laura Hayes Suelau |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**3:00 p.m.     Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody. Also present and seated at Government's counsel table is FBI Special Agent, Holly Anderson.

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:  The Plea Agreement is accepted.**

**ORDERED:** Probation shall amend the Presentence Investigation Report as stated on the record.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF 50] is GRANTED.

**ORDERED:** Defendant shall be imprisoned for 27 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

The Court recommends that the director of the Bureau of Prisons place the Defendant at FCI Englewood.

The Court recommends that the Bureau of Prisons follow the medical plan as set forth by Dr. Kim.

**5:17 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    2:17